CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fraternal Order of Police, D.C. Lodge 1, Defense )
Protective Service Labor Committee, 711 4th Street )
NW Washington, DC 20001 )
)
                      Plaintiff )
vs )    Civil Action No. 07-cv-1624
)
Robert M. Gates, in his official capacity as )
Secretary of Defense, 1000 Defense pentagon, )
Washington, DC 20301-1000 )
)
                      Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __the Fraternal Order of Police, DC Lodge 1__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Fraternal Order of Police, DC Lodge 1__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

DC 440697
_____
BAR IDENTIFICATION NO.

Stephen G DeNigris, Esq.
_____
Print Name

2100 M St NW Suite 170-283
_____
Address

Washington DC  20037
_____
City       State       Zip Code

(703)416-1036 (Office) -- (703)416-1037 (Fax)
_____
Phone Number