UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, DPS LABOR COMMITTEE,
INC.,
           Plaintiff,

                              CIVIL ACTION NO. : 07-1624 (RMC)

    v.

ROBERT M. GATES, in his official
capacity as Secretary of the Department
of Defense,
           Defendant.
_____/

## ATTORNEY'S CERTIFICATION OF SERVICE

Stephen G. DeNigris, Esq. counsel for the Plaintiff and the attorney of record in this matter, certifies pursuant to the rules of this court, that service of the complaint in this matter was made on the following dates and in the following manner:

    1.    Defendant Robert M. Gates, in his official capacity as Secretary of Defense, Service, by U.S. Mail, postage prepaid, certified, return receipt 7005-0390-0001-8791-3388 on September 21, 2007.

    2.    The Honorable Alberto Gonzalez, Attorney General for the United States, by U.S. Mail, postage prepaid, certified, return receipt 7005-0390-0001-8791-3395 on September 21, 2007.

    3.    The United States Attorney for the District of Columbia, by U.S. Mail, postage prepaid, certified, return receipt 7005-0390-0001-8791-3401 on September 21, 2007.

Respectfully submitted,

***/s/ Stephen G. DeNigris, Esq.***
Stephen G. DeNigris, Esq.
Attorney for the Plaintiff
D.C. Bar No. 440697
2100 M Street, NW Suite 170-283
Washington, D.C.  20037

Office:    (703)416-1036
Fax:       (703)416-1037

Dated: October 1, 2007
       Washington, D.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Attorney's Certification of Service was send by U.S. Mail, Postage Prepaid on the 1st day of October 2007 to:

The Honorable Robert M. Gates
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Hon. Peter D. Keisler
Acting Attorney General to the United States
U.S. Department of Justice
10th & Constitution Avenue, NW
Washington, DC 20530

Civil Clerk
United States Attorney's Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20530

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.