UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, )<br>D.C. LODGE 1, DEFENSE PROTECTIVE )<br>SERVICES LABOR COMMITTEE, INC. )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>)<br>ROBERT M. GATES, Secretary of the )<br>Department of Defense )<br>)<br>)<br>    Defendant. )<br>) | Civil No. 07-1624 (RMC) |

**PRAECIPE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238
Benton.Peterson@usdoj.gov