UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE,<br>D.C. LODGE 1, DEFENSE PROTECTIVE<br>SERVICES LABOR COMMITTEE, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT M. GATES, Secretary of the<br>Department of Defense<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 07-1624 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE THE TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, through counsel, respectfully requests that the Court enlarge the time to respond to plaintiff's complaint to November 30, 2007.  In support of this motion, Defendant respectfully states as follows:

Defendant has made diligent efforts to coordinate the preparation of the response to Plaintiff's complaint in accordance with the deadlines provided by the local rules.  However, due to the unexpected delays attendant to preparation for a Court of Appeals oral argument last week and an illness that caused undersigned counsel to be out of the office and work partial workdays last week , the undersigned has not been able to coordinate the completion and filing of the response to plaintiff's complaint.  Counsel's absence from the office has also resulted in a convergence of various deadlines in other cases, combined with the difficultly in communicating with agency counsel and the impending holiday travel schedule.  As such, the Defendant needs a

brief enlargement of time to complete its submission. In accordance with Local Rule 7(m), undersigned has consulted Counsel for Plaintiff, and discussed the relief sought herein. Counsel has consented to the relief.

Wherefore, Defendant respectfully requests that the Court enlarge the time for Defendant to respond to November 30, 2007.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney


_____
BENTON G. PETERSON, Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, )<br>D.C. LODGE 1, DEFENSE PROTECTIVE )<br>SERVICES LABOR COMMITTEE, INC. )<br>        )<br>    Plaintiffs, )<br>        )<br>    v.    ) <br>        )<br>        )<br>ROBERT M. GATES, Secretary of the )<br>Department of Defense )<br>        )<br>        )<br>    Defendant. )<br>_____ ) | Civil No. 07-1624 (RMC) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Extend Deadlines to File Response, it is this _____ day of _____, 2007  hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that Defendant's response to Plaintiff's Complaint is due by November 30, 2007.


_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE,<br>D.C. LODGE 1, DEFENSE PROTECTIVE<br>SERVICES LABOR COMMITTEE, INC.<br><br>      Plaintiffs,<br><br>      v.<br><br>ROBERT M. GATES, Secretary of the<br>Department of Defense<br><br>      Defendant. | Civil No. 07-1624 (RMC) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Extend Deadlines to File

Response, it is this _____ day of _____, 2007 hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that Defendant's response to Plaintiff's Complaint is due by November 30, 2007.


_____
UNITED STATES DISTRICT JUDGE