UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, DPS LABOR COMMITTEE,
INC.

                Plaintiff,

                CIVIL ACTION NO.: 07-cv-1624 (RMC)

ROBERT M. GATES, in his official
capacity as Secretary of the Department
of Defense
                Defendant.
_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS**

       Plaintiff Fraternal Order of Police, through counsel, moves this Honorable Court for an order enlarging the time until January 7, 2008, for the plaintiff to respond to the defendant's Motion to Dismiss. As further grounds counsel would state:

       1.      On September 13, 2007, plaintiff initiated the complaint against the defendant.

       2.      On November 19, 2007, defendant requested an enlargement of time within which to respond to plaintiff's complaint. Plaintiff consented to this enlargement of time.

       3.      On November 20, 2007, this Court granted the defendant's motion enlarging the time to respond to the complaint to November 30, 2007.

       4.      On November 30, 2007, the defendant filed its Motion to Dismiss the Complaint.

       5.      Counsel for the plaintiff is presently in contract negotiations with the U.S Bureau of Engraving and Printing on a successor collective bargaining agreement between the Bureau

and the Fraternal Order of Police. Because the Bureau is preparing for its annual shutdown and because the Bureau's chief negotiator is retiring on December 21, 2007, the parties have been meeting extensively to complete the negotiations.

6. Additionally, counsel will be traveling between Atlanta, GA; Albany, NY; Washington, D.C.; and Chicago, IL on several unrelated legal matters during the next 7-10 days.

7. Lastly, counsel will be traveling to upstate New York on December 21, 2007, for Christmas.

8. As a result, counsel seeks an enlargement of time until January 7, 2008, within which to respond to the defendant's motion.

9. Plaintiff's counsel spoke with AUSA Benton Peterson on this request and he does not oppose this motion.

WHEREFORE plaintiff respectfully prays that this Honorable Court enlarge the time to January 7, 2008, to allow plaintiff to file its opposition to the defendant's motion.

    Respectfully submitted,

    ***/s/ Stephen G. DeNigris, Esq.***
    Stephen G. DeNigris, Esq.
    D.C. Bar No. 440697
    Counsel for the Plaintiff
    2100 M Street NW Suite 170-283
    Washington, D.C. 20037

    Office: (703)416-1036
    Fax:   (703)416-1037

December 8, 2007
Albany, NY

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, DPS LABOR COMMITTEE,
INC.

                Plaintiff,

                CIVIL ACTION NO.: 07-cv-1624 (RMC)

ROBERT M. GATES, in his official
capacity as Secretary of the Department
of Defense
                Defendant.
_____/

## O R D E R

_____Upon consideration of the Plaintiff's Unopposed Motion to Enlarge Time to File Plaintiff's Opposition to the Defendant's Motion to Dismiss and for other good cause shown, it is hereby

      **ORDERED** that the plaintiff's motion is **GRANTED / DENIED**; and it is further

      **ORDERED** that the plaintiff's opposition shall be filed by Monday, January 7, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated:  December \_\_\_\_\_, 2007.