UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, DPS LABOR COMMITTEE,
INC.

                      Plaintiff,

                      CIVIL ACTION NO.: 07-cv-1624 (RMC)

ROBERT M. GATES, in his official
capacity as Secretary of the Department
of Defense
                      Defendant.
_____/

**MOTION FOR ENLARGEMENT OF TIME
TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS**

        Plaintiff Fraternal Order of Police, through counsel, moves this Honorable Court for an order enlarging the time until January 11, 2008, for the plaintiff to respond to the defendant's Motion to Dismiss. As further grounds counsel would state:

        1.      On September 13, 2007, plaintiff initiated the complaint against the defendant.

        2.      On November 19, 2007, defendant requested an enlargement of time within which to respond to plaintiff's complaint. Plaintiff consented to this enlargement of time.

        3.      On November 20, 2007, this Court granted the defendant's motion enlarging the time to respond to the complaint to November 30, 2007.

        4.      On November 30, 2007, the defendant filed its Motion to Dismiss the Complaint.

        5.      At the time of the original motion, Counsel for the plaintiff was involved in completing contract negotiations with the U.S Bureau of Engraving and Printing on a successor collective bargaining agreement between the Bureau and the Fraternal Order of Police. Because

the Bureau was preparing for its annual shutdown and because the Bureau's chief negotiator retired on December 21, 2007, the parties met extensively to complete the negotiations.

6. Additionally, counsel was on travel between Atlanta, GA; Albany, NY; Washington, D.C.; and Chicago, IL on several unrelated legal matters for about 7-10 days.

7. Counsel traveled to upstate New York on December 21, 2007, for Christmas.

8. While in New York several legal matters before the New York state courts required immediate attention.

9. Moreover, several witness in the instant case have been unavailable because of the Christmas/New Years holidays.

10. As a result, counsel seeks a brief extension of time from January 7, 2008 to January 11, 2008, to complete and file Plaintiff's Opposition to the Defendant"s Motion to Dismiss. Plaintiff's counsel e-mailed AUSA Benton Peterson on this request. Counsel received a response that Mr. Peterson is away until January 7, 2008. No further extensions will be sought.

WHEREFORE plaintiff respectfully prays that this Honorable Court enlarge the time to January 11, 2008, to allow plaintiff to file its opposition to the defendant's motion.

Respectfully submitted,

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.
D.C. Bar No. 440697
Counsel for the Plaintiff
2100 M Street NW Suite 170-283
Washington, D.C. 20037

Office: (703)416-1036
Fax:    (703)416-1037

January 4, 2008
Albany, NY

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing motion was sent by electronic mail (E-mail) to AUSA Benton Peterson, Esq., 555 4th Street, NW Washington, D.C. 20530 on the 4th day of January 2008, at Benton.Peterson@usdoj.gov.


*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, DPS LABOR COMMITTEE,
INC.

                Plaintiff,

                CIVIL ACTION NO.: 07-cv-1624 (RMC)

ROBERT M. GATES, in his official
capacity as Secretary of the Department
of Defense
                Defendant.
_____/

**O R D E R**

_____Upon consideration of the Plaintiff's Motion to Enlarge Time to File Plaintiff's Opposition to the Defendant's Motion to Dismiss and for other good cause shown, it is hereby

    **ORDERED** that the plaintiff's motion is **GRANTED / DENIED**; and it is further

    **ORDERED** that the plaintiff's opposition shall be filed by Friday, January 11, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated:  January _____, 2008.