# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, )<br>D.C. LODGE 1, DEFENSE )<br>PROTECTIVE SERVICES LABOR )<br>COMMITTEE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT M. GATES, Secretary of the )<br>Department of Defense, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1624 (RMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. # 8] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date:  June 13, 2008                      _____/s/_____
                                          ROSEMARY M. COLLYER
                                          United States District Judge